IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE GARSKA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:08-CV-387 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SALLIE MAE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties' joint stipulation for dismissal with prejudice (Filing No. 44). The Court, being fully advised in the premises, finds that the stipulation complies with the requirements of the Fed. R. Civ. P. 41(a)(1). Accordingly,

IT IS ORDERED:

1. The joint stipulation of dismissal (Filing No. 44) is approved;

2. The complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

Dated this 4th day of September, 2009

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge